# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFF HUGHES

VERSUS

CAPITAL CITY PRESS, L.L.C.
D/B/A THE ADVOCATE

NO.   2024 CW 1073

**FEBRUARY 6, 2025**

---

In Re:   Scott Sternberg and Sternberg, Naccari & White, L.L.C., applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 79978.

---

**BEFORE:   THERIOT, WOLFE, AND GREENE, JJ.**

**WRIT DENIED.**

> MRT
> EW
> HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT